IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Case No. 08-cv-00358-WDM-BNB

DMA INTERNATIONAL, INC.,

    Plaintiff,

  v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Defendant.

_____

**ORDER**
_____

Petitioner's Motion for Leave to Enter Appearance of Counsel Pro Hac Vice is denied as this court no longer follows the practice of *pro hac vice* admission of out-of-state counsel. Mr. Yaklevich may apply for admission pursuant to D.C.COLO.LCivR 83.3A.

DATED at Denver, Colorado, on February 26, 2008.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge

PDF FINAL