IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00358-WDM-BNB

DMA INTERNATIONAL, INC.,

Petitioner,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., and affiliated entities,

Respondent.
_____

**ORDER**
_____

The parties appeared this morning for a status conference. Consistent with matters discussed on the record this morning:

IT IS ORDERED that the petitioner shall have to and including **May 30, 2008**, within which to file its reply in support of the Application of Petitioner DMA International, Inc., to Vacate Arbitration Award and Request for Hearing Thereon [Doc. # 1] and its response in opposition to Qwest's Motion to Confirm Arbitration Award [Doc. # 13].

IT IS FURTHER ORDERED that the parties shall assure that all necessary portions of the record are filed with this court in an appropriate form on or before **June 20, 2008**.

It is the parties' intention that this matter can be resolved through a ruling on the competing (1) Application of Petitioner DMA International, Inc., to Vacate Arbitration Award and Request for Hearing Thereon [Doc. # 1] and (2) Qwest's Motion to Confirm Arbitration Award [Doc. # 13].

Dated April 22, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge