IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.     08-cv-00358-WDM-BNB

DMA INTERNATIONAL, INC.,

    Petitioner

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,
and affiliated entities,

    Respondents.
_____

**ORDER**
_____

    This matter is before me on Qwest Communications International, Inc.'s Motion for Entry of Judgment against DMA's Counsel for Attorney's Fees and Costs, no response having been filed, I hereby GRANT the Motion.

    I find that the motion is unopposed and the amount requested is reasonable according to the submittal.

    Therefore, it is ORDERED that Qwest Communications International, Inc. is awarded its attorneys' fees and costs against John A. Yaklovich, Esq. in the amount of $34,891.36.

    DATED at Denver, Colorado on April 21st, 2010

                                       BY THE COURT:

                                       s/ Walker D. Miller
                                       United States Senior District Judge