IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00358-WDM-BNB

DMA INTERNATIONAL, INC.,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to amend judgment is granted to correct clerical error.

Dated: July 14, 2010

                                              s/ Jane Trexler, Judicial Assistant